1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143 RS |
|---|---|
| This document relates to: Hewlett-Packard Company, Plaintiff, v. Toshiba Corporation, et al., Defendants. | Case No. 3:13-cv-05370 RS **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DEFENDANTS' RESPONSES TO FIRST AMENDED COMPLAINT** |

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re
Defendants' Responses to First Amended Complaint
MDL Docket No. 3:10- md-2143 RS; Case No. 3:13-cv-05370 RS

1  WHEREAS, on October 24, 2013, plaintiff Hewlett-Packard Co. ("HP") filed a Complaint in the United States District Court for the Southern District of Texas, and that action and Complaint were subsequently transferred to this Court as part of MDL No. 2143 (Dkt. 1073);

WHEREAS, the undersigned Defendants' filed separate Answers to the Complaint on or about April 17, 2014;

WHEREAS, HP filed a First Amended Complaint on May 8, 2014; and

WHEREAS, HP and Defendants have agreed that Defendants shall have until June 23, 2014 to respond to the First Amended Complaint.

It is therefore STIPULATED and AGREED, subject to Court approval, that:

Defendants shall have until June 23, 2014 to respond to the First Amended Complaint. To the extent any Defendant or Defendants move to dismiss the First Amended Complaint under Federal Rule of Civil Procedure 12(b)(6) or otherwise, the parties shall work in good faith to reach an agreed upon briefing schedule that they shall present to the Court no later than July 7, 2014, but in no event shall HP's response to any such motion(s) be due before August 22, 2014.

IT IS SO STIPULATED.

DATED: May 22, 2014         LATHAM & WATKINS LLP

                            By     /s/ Belinda S Lee
                                   BELINDA S LEE

                            505 Montgomery Street, Suite 2000
                            San Francisco, CA 94111
                            Tel: 415-395-8240
                            Fax: 415-395-8095
                            belinda.lee@lw.com

                            *Counsel for Defendants Toshiba Samsung Storage Technology Korea Corporation, Toshiba Samsung Storage Technology Corporation, Toshiba Corporation, and Toshiba America Information Systems, Inc.*

DATED: May 22, 2014         O'MELVENY & MYERS LLP

                            By:    /s/ Ian Simmons
                                   IAN SIMMONS

1

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re
Defendants' Responses to First Amended Complaint
MDL Docket No. 3:10- md-2143 RS; Case No. 3:13-cv-05370 RS

|    |                        |                                                                                                                 |
|----|------------------------|-----------------------------------------------------------------------------------------------------------------|
| 1  |                        |                                                                                                                 |
| 2  |                        | 1625 Eye Street, NW<br>Washington, DC 20006                                                                     |
| 3  |                        | Telephone: (202) 383-5106<br>Facsimile: (202) 383-5414                                                          |
| 4  |                        | isimmons@omm.com                                                                                                |
| 5  |                        | *Counsel for Defendants Samsung Electronics Co.,*                                                               |
| 6  |                        | *Ltd. and Samsung Electronics America, Inc.*                                                                    |
| 7  | DATED: May 22, 2014    | BOIES SCHILLER & FLEXNER LLP                                                                                    |
| 8  |                        | By: _____/s/ John F. Cove, Jr._____<br>        JOHN F. COVE, JR.                                              |
| 9  |                        |                                                                                                                 |
| 10 |                        | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612                                                            |
| 11 |                        | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460                                                          |
| 12 |                        | jcove@bsfllp.com                                                                                                |
| 13 |                        | *Counsel for Defendants Sony Corporation, Sony*                                                                 |
| 14 |                        | *Electronics, Inc., Sony Optiarc Inc., Sony NEC*<br>*Optiarc Inc., and Sony Optiarc America Inc.*               |
| 15 | DATED: May 22, 2014    | KATTEN MUCHIN ROSENMAN LLP                                                                                      |
| 16 |                        |                                                                                                                 |
| 17 |                        | By: _____/s/ Mary Ellen Hennessy_____<br>        MARY ELLEN HENNESSY                                          |
| 18 |                        | 525 W. Monroe Street                                                                                            |
| 19 |                        | Chicago, IL 60661-3693<br>Telephone: (312) 902-5331                                                             |
| 20 |                        | Facsimile: (312) 577-8977<br>Maryellen.hennessy@kattenlaw.com                                                   |
| 21 |                        |                                                                                                                 |
| 22 |                        | *Counsel for Defendants TEAC Corporation and*<br>*TEAC America Inc.*                                            |
| 23 |                        |                                                                                                                 |
| 24 | DATED:  May 22, 2014   | WINSTON & STRAWN LLP                                                                                            |
| 25 |                        | By _____/s/ Jeffrey L. Kessler_____<br>        JEFFREY L. KESSLER                                             |
| 26 |                        |                                                                                                                 |
| 27 |                        | 200 Park Avenue<br>New York, NY 10166                                                                           |
| 28 |                        | Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700                                                          |

2

LATHAM&WATKINS<sub>LLP</sub><br>ATTORNEYS AT LAW<br>SAN FRANCISCO

Stipulation and [Proposed] Order re<br>Defendants' Responses to First Amended Complaint<br>MDL Docket No. 3:10- md-2143 RS; Case No. 3:13-cv-05370 RS

| | | |
|---|---|---|
| 1 | | jkessler@winston.com |
| 2 | | *Attorney for Defendant Panasonic Corporation and Panasonic Corporation of North America* |
| 3 | | |
| 4 | DATED: May 22, 2014 | WINSTON & STRAWN LLP |
| 5 | | By    /s/ Robert B. Pringle |
| | | ROBERT B. PRINGLE |
| 6 | | |
| 7 | | 101 California Street |
| | | San Francisco, CA 94111-5894 |
| | | Telephone: (415) 591-1000 |
| 8 | | Facsimile:  (415) 591-1400 |
| | | rpringle@winston.com |
| 9 | | |
| | | *Attorneys for Defendant NEC Corporation* |
| 10 | | |
| 11 | DATED: May 22, 2014 | CROWELL & MORING LLP |
| 12 | | By    /s/ Daniel A. Sasse |
| | | DANIEL A. SASSE |
| 13 | | |
| 14 | | Angela J. Yu |
| | | 3 Park Plaza |
| | | 20th Floor |
| 15 | | Irvine, CA 92614 |
| | | Tel: 949-263-8400 |
| 16 | | Fax: 949-263-8414 |
| | | dsasse@crowell.com |
| 17 | | ayu@crowell.com |
| 18 | | Beatrice B. Nguyen |
| | | 275 Battery Street, 23rd Floor |
| 19 | | San Francisco, CA 94111 |
| | | Tel: 415-986-2800 |
| 20 | | Fax:  415-986-2827 |
| | | bnguyen@crowell.com |
| 21 | | |
| 22 | | *Counsel for Plaintiff Hewlett-Packard Co.* |

23.    Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

24. **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

26. DATED: 5/23/14

                           HONORABLE RICHARD SEEBORG
                           UNITED STATES DISTRICT COURT JUDGE

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

3

Stipulation and [Proposed] Order re
Defendants' Responses to First Amended Complaint
MDL Docket No. 3:10- md-2143 RS; Case No. 3:13-cv-05370 RS