Christopher M. Neumeyer (CSB No. 151994)
Asia Law Foreign Legal Affairs Law Firm
17F, Suite B, No. 167
Dunhua North Road
Taipei 10549, Taiwan
Telephone: +886-2-2717-1999
chrisneumeyer@asialaw.biz

Attorneys for Defendants
Quanta Storage, Inc. and Quanta Storage America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
| This document relates to:<br><br>Hewlett-Packard Company,<br><br>Plaintiff,<br><br>v.<br><br>Toshiba Corporation, et al.,<br><br>Defendants. | Case No. 3:13-cv-05370-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Hon. Richard Seeborg<br><br>[Fed. R. Civ. P. 4 and Civil L.R. 6-1] |

**STIPULATION**

WHEREAS on October 24, 2013, Plaintiff Hewlett-Packard Company ("HP") filed a Complaint [Doc. No. 1] (the "Complaint") naming Quanta Storage, Inc. ("QSI") and Quanta Storage America, Inc. ("QSA"), among others, as defendants; and

WHEREAS on March 26, 2014, Plaintiff HP and Defendants QSI and QSA signed a Stipulation and [Proposed] Order Regarding Extension of Time to Respond to Complaint and Service of Process, in which QSI and QSA agreed to waive service of a summons under Rule 4 of the Federal Rules of Civil Procedure and waive any objections to the absence of service of a summons and the Complaint, and the parties to the stipulation agreed to extend the deadline for QSI and QSA to answer or otherwise respond to the Complaint to Tuesday, June 24, 2014, and this Court granted an Order based on that stipulation; and

WHEREAS on May 8, 2014, Plaintiff HP filed a First Amended Complaint in this matter, adding three new causes of action;

NOW, THEREFORE, Plaintiff HP and Defendants QSI and QSA, through their respective counsel, hereby stipulate and agree that:

1. Defendants QSI and QSA shall waive any objections to service of the First Amended Complaint filed by Plaintiff HP on May 8, 2014; and

2. Defendants QSI and QSA shall not be required to answer or otherwise respond to the Complaint by June 24, 2014, as stated in the prior stipulation signed by QSI and QSA; and

3. Defendants QSI and QSA shall have until August 8, 2014 to answer or otherwise respond to the First Amended Complaint. To the extent that Defendant Quanta Storage, Inc. and/or Defendant Quanta Storage America, Inc. move to dismiss the First Amended Complaint under Federal Rule of Civil Procedure 12(b)(6) or otherwise, the parties shall work in good faith to reach an agreed upon briefing schedule that they shall present to the Court no later than August 22, 2014, but in no event shall HP's response to any such motion(s) be due before October 7, 2014.

///

///

1  ///

2  ///

3  IT IS SO STIPULATED.

4

5  Dated: June 13, 2014                      CROWELL & MORING LLP

6

7                                        By: **/S/ Daniel A. Sasse**

8                                            Beatrice B. Nguyen
                                             Daniel A. Sasse
9                                            Matthew J. McBurney
                                             Nathanial J. Wood
10                                           Angela J. Yu

11                                           Attorneys for Plaintiff
                                             Hewlett-Packard Company
12
                                             ASIA LAW FOREIGN LEGAL AFFAIRS LAW FIRM
13  Dated: June 13, 2014

14                                        By: **/S/ Christopher M. Neumeyer**

15                                           Christopher M. Neumeyer (CSB No. 151994)
                                             Asia Law Foreign Legal Affairs Law Firm
16                                           17F, Suite B, No. 167
                                             Dunhua North Road
17                                           Taipei 10549, Taiwan
                                             Telephone: +886 (2) 2717-1999
18                                           chrisneumeyer@asialaw.biz

19                                           Attorneys for Defendants
                                             Quanta Storage, Inc. and Quanta Storage America, Inc.
20

21

22

23                                  **FILER ATTESTATION**

24        Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the

25  United States District Court for the Northern District of California, I, Christopher M. Neumeyer,

26  hereby attest that concurrence in the filing of this document has been obtained from each of the

27  other signatories.

28

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: June 13, 2014 | ASIA LAW FOREIGN LEGAL AFFAIRS LAW FIRM |
| 3 | | |
| 4 | By: | **/S/ Christopher M. Neumeyer** |
| 5 | | Christopher M. Neumeyer |
| 6 | | Attorneys for Defendants |
| 7 | | Quanta Storage, Inc. and Quanta Storage America, Inc. |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 6/13/14

_____
Honorable Richard Seeborg
United States District Judge