1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143 RS |
|---|---|
| This document relates to:<br><br>Hewlett-Packard Company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Toshiba Corporation, et al.,<br><br>　　　　Defendants. | Case No. 3:13-cv-05370 RS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS HP'S FIRST AMENDED COMPLAINT** |

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re
Regarding Briefing Schedule For Defendants' Motion to Dismiss
MDL Docket No. 3:10- md-2143 RS; Case No. 3:13-cv-05370 RS

1     WHEREAS, on June 23, 2014, the undersigned Defendants filed a motion to dismiss plaintiff Hewlett-Packard Company's ("HP's") First Amended Complaint in this action (Dkt. 32);

    WHEREAS, on July 8, 2014, the Court entered a Stipulation and Order Extending Time to File a Proposed Briefing Schedule Regarding Defendants' Motion to Dismiss HP's First Amended Complaint in this action, directing the parties to work in good faith to reach an agreed upon briefing schedule to present to the Court no later than July 18, 2014 (Dkt. 35); and

    WHEREAS, the parties have conferred and reached agreement on the following proposed briefing schedule for Defendants' motion to dismiss: any opposition shall be due no later than September 11, 2014, and any reply shall be due no later than October 2, 2014;

    NOW, THEREFORE, IT IS HEREBY STIPULATED and AGREED, subject to Court approval, that the following briefing schedule shall apply to Defendants' motion to dismiss (Dkt. 32): any opposition shall be due no later than September 11, 2014, and any reply shall be due no later than October 2, 2014.

    IT IS SO STIPULATED.

DATED: July 17, 2014     LATHAM & WATKINS LLP

By     /s/ Belinda S Lee
    BELINDA S LEE

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: 415-395-8240
Fax: 415-395-8095
belinda.lee@lw.com

*Counsel for Defendants Toshiba Samsung Storage Technology Korea Corporation, Toshiba Samsung Storage Technology Corporation, Toshiba Corporation, and Toshiba America Information Systems, Inc.*

DATED: July 17, 2014     O'MELVENY & MYERS LLP

By:     /s/ Ian Simmons
    IAN SIMMONS

1625 Eye Street, NW

1

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re
Regarding Briefing Schedule For Defendants' Motion to Dismiss
MDL Docket No. 3:10- md-2143 RS; Case No. 3:13-cv-05370 RS

|   |   |   |
|---|---|---|
| 1 | | Washington, DC 20006 |
| 2 | | Telephone: (202) 383-5106 |
|   | | Facsimile: (202) 383-5414 |
| 3 | | isimmons@omm.com |
| 4 | | *Counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.* |
| 5 | | |
| 6 | DATED: July 17, 2014 | BOIES SCHILLER & FLEXNER LLP |
| 7 | | By: _____*/s/ John F. Cove, Jr.*_____ |
|   | | JOHN F. COVE, JR. |
| 8 | | |
| 9 | | 1999 Harrison Street, Suite 900 |
|   | | Oakland, CA 94612 |
| 10 | | Telephone: (510) 874-1000 |
|   | | Facsimile: (510) 874-1460 |
| 11 | | jcove@bsfllp.com |
| 12 | | *Counsel for Defendants Sony Corporation, Sony Electronics, Inc., Sony Optiarc Inc., and Sony Optiarc America Inc.* |
| 13 | | |
| 14 | DATED: July 17, 2014 | KATTEN MUCHIN ROSENMAN LLP |
| 15 | | |
| 16 | | By: _____*/s/ Mary Ellen Hennessy*_____ |
|   | | MARY ELLEN HENNESSY |
| 17 | | 525 W. Monroe Street |
| 18 | | Chicago, IL 60661-3693 |
|   | | Telephone: (312) 902-5331 |
| 19 | | Facsimile: (312) 577-8977 |
|   | | Maryellen.hennessy@kattenlaw.com |
| 20 | | |
| 21 | | *Counsel for Defendants TEAC Corporation and TEAC America Inc.* |
| 22 | | |
| 23 | DATED:  July 17, 2014 | WINSTON & STRAWN LLP |
| 24 | | By ____*/s/ Jeffrey L. Kessler*____ |
|   | | JEFFREY L. KESSLER |
| 25 | | |
| 26 | | 200 Park Avenue |
|   | | New York, NY 10166 |
| 27 | | Telephone: (212) 294-6700 |
|   | | Facsimile: (212) 294-4700 |
| 28 | | jkessler@winston.com |

2

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re
Regarding Briefing Schedule For Defendants' Motion to Dismiss
MDL Docket No. 3:10- md-2143 RS; Case No. 3:13-cv-05370 RS

*Attorney for Defendant Panasonic Corporation and Panasonic Corporation of North America*

DATED: July 17, 2014         WINSTON & STRAWN LLP

By _____/s/ Robert B. Pringle_____
ROBERT B. PRINGLE

101 California Street
San Francisco, CA 94111-5894
Telephone: (415) 591-1000
Facsimile:  (415) 591-1400
rpringle@winston.com

*Attorneys for Defendant NEC Corporation*

DATED: July 17, 2014         CROWELL & MORING LLP

By _____/s/ Daniel A. Sasse_____
DANIEL A. SASSE

Angela J. Yu
3 Park Plaza
20th Floor
Irvine, CA 92614
Tel: 949-263-8400
Fax: 949-263-8414
dsasse@crowell.com
ayu@crowell.com

Beatrice B. Nguyen
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Tel: 415-986-2800
Fax:  415-986-2827
bnguyen@crowell.com

*Counsel for Plaintiff Hewlett-Packard Co.*

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: 7/18/14

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

NY\6485783

3

Stipulation and [Proposed] Order re
Regarding Briefing Schedule For Defendants' Motion to Dismiss
MDL Docket No. 3:10- md-2143 RS; Case No. 3:13-cv-05370 RS