1  Beatrice B. Nguyen (CSB No. 172961)
    bbnguyen@crowell.com
2  CROWELL & MORING LLP
   275 Battery Street, 23rd Floor
3  San Francisco, California 94111
   Telephone:  415.986.2800
4  Facsimile:  415.986.2827

5  Daniel A. Sasse (CSB No. 236234)
    dsasse@crowell.com
6  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
7  Irvine, California 92614
   Telephone:  949.263.8400
8  Facsimile:  949.263.8414

9  Attorneys for Plaintiff
   HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
| This document relates to: | Case No. 3:13-cv-05370-RS |
| Hewlett-Packard Company,<br><br>           Plaintiff,<br><br>    v.<br><br>Toshiba Corporation, et al.,<br><br>           Defendants. | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS FIRST AMENDED COMPLAINT** AS MODIFIED BY THE COURT<br><br>Hon. Richard Seeborg |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER RE
BRIEFING SCHEDULE FOR MOTION TO DISMISS;
CASE NO. 3:13-CV-05370-RS


# STIPULATION

WHEREAS on May 8, 2014, Plaintiff Hewlett-Packard Company ("HP") filed a First Amended Complaint [Doc. No. 26] naming Quanta Storage, Inc. and Quanta Storage America, Inc. (collectively, "Quanta"), among others, as defendants; and

WHEREAS on June 13, 2014, the Court entered a Stipulation and Order Regarding Extension of Time to Respond to First Amended Complaint [Doc. No. 31], directing the parties to work in good faith to reach an agreed-upon briefing schedule for any motion of Defendant Quanta to dismiss the First Amended Complaint and to present that agreed-upon briefing schedule to the Court no later than August 22, 2014; and

WHEREAS on August 7, 2014, Defendant Quanta filed a Motion to Dismiss Plaintiff's First Amended Complaint [Doc. No. 38] (the "Motion to Dismiss"); and

WHEREAS Plaintiff HP and Defendant Quanta have conferred and reached agreement on the following proposed briefing schedule for the Motion to Dismiss: that the deadline for any opposition shall be October 7, 2014; and that the deadline for any reply shall be November 4, 2014,

NOW, THEREFORE, Plaintiff HP and Defendant Quanta, through their respective counsel, hereby stipulate and agree, subject to Court approval, that the following briefing schedule shall apply to the Motion to Dismiss:

1. The deadline for any opposition shall be October 7, 2014.
2. The deadline for any reply shall be November 4, 2014.

IT IS SO STIPULATED.

```
3. Motion to Dismiss Hearing shall be heard
      on November 20, 2014 at 1:30 p.m.
```

///
///
///
///
///
///
///
///

| | | |
|---|---|---|
| Dated: August 19, 2014 | | CROWELL & MORING LLP |
| | By: | **/S/ Daniel A. Sasse** |
| | | Beatrice B. Nguyen<br>Daniel A. Sasse<br>Matthew J. McBurney<br>Nathanial J. Wood<br>Angela J. Yu |
| | | Attorneys for Plaintiff<br>Hewlett-Packard Company |
| Dated: August 19, 2014 | | ASIA LAW FOREIGN LEGAL AFFAIRS LAW FIRM |
| | By: | **/S/ Christopher M. Neumeyer** |
| | | Christopher M. Neumeyer |
| | | Attorneys for Defendants<br>Quanta Storage, Inc. and Quanta Storage America, Inc. |

**FILER ATTESTATION**

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Daniel A. Sasse, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

| | | |
|---|---|---|
| Dated: August 19, 2014 | | CROWELL & MORING LLP |
| | By: | **/S/ Daniel A. Sasse** |
| | | Daniel A. Sasse |
| | | Attorneys for Plaintiff<br>Hewlett-Packard Company |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 8/20/14

_____
Honorable Richard Seeborg
United States District Judge