1  Beatrice B. Nguyen (CSB No. 172961)
     bbnguyen@crowell.com
2  CROWELL & MORING LLP
   275 Battery Street, 23rd Floor
3  San Francisco, California 94111
   Telephone: 415.986.2800
4  Facsimile: 415.986.2827

5  Daniel A. Sasse (CSB No. 236234)
     dsasse@crowell.com
6  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
7  Irvine, California 92614
   Telephone: 949.263.8400
8  Facsimile: 949.263.8414

9  Attorneys for Plaintiff
   HEWLETT-PACKARD COMPANY

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14

| 15 | IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
|---|---|---|
| 16 | | |
| 17 | This document relates to: | Case No. 3:13-cv-05370-RS |
| 18 | Hewlett-Packard Company, | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING HEARING DATE FOR MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| 19 | Plaintiff, | |
| 20 | v. | |
| 21 | Toshiba Corporation, et al., | Hon. Richard Seeborg |
| 22 | Defendants. | [Civil L.R. 6-2] |

23

24

25

26

27

28

**STIPULATION**

1. 
2. WHEREAS on May 8, 2014, Plaintiff Hewlett-Packard Company ("HP") filed a First Amended Complaint [Doc. No. 26] against, among others, the undersigned Defendants (collectively, "Defendants"); and

WHEREAS on June 23, 2014, Defendants filed a joint Motion to Dismiss the Fifth and Sixth Causes of Action of HP's First Amended Complaint (the "Motion to Dismiss") [Doc. No. 32], and set a hearing on the Motion to Dismiss for September 18, 2014 (the "Hearing"); and

WHEREAS on June 24, 2014, the Court continued the Hearing to September 25, 2014 [Doc. No. 33]; and

WHEREAS on August 18, 2014, the Court continued the Hearing to November 6, 2014; and

WHEREAS counsel for Plaintiff HP is unavailable on November 6, 2014; and

WHEREAS Plaintiff HP and Defendants have conferred and agreed to continue the Hearing to November 20, 2014;

NOW, THEREFORE, Plaintiff HP and Defendants, through their respective counsel, hereby stipulate, agree, and respectfully request that the Court issue an order that:

The Hearing on Defendants' Motion to Dismiss shall be reset for November 20, 2014 at 1:30 p.m.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  IT IS SO STIPULATED.

2

3  Dated:  August 28, 2014                CROWELL & MORING LLP

4                                  By:    **/S/ Daniel A. Sasse**

5                                         Beatrice B. Nguyen
                                           Daniel A. Sasse
6                                          Matthew J. McBurney
                                           Nathanial J. Wood
7                                          Angela J. Yu

8                                          Attorneys for Plaintiff
                                           Hewlett-Packard Company
9

10  Dated: August 28, 2014                 LATHAM & WATKINS LLP

11                                  By:    **/S/ Belinda S. Lee**

12                                         Belinda S. Lee

13                                         505 Montgomery Street, Suite 2000
                                           San Francisco, CA 94111
14                                         Telephone:  (415) 395-8240
                                           Facsimile:   (415) 395-8095
15                                         belinda.lee@lw.com

16                                         Attorneys for Defendants Toshiba Samsung Storage
                                           Technology Korea Corporation, Toshiba Samsung
17                                         Storage Technology Corporation, Toshiba America
                                           Information Systems, Inc., and Toshiba Corporation
18

19                                         WINSTON & STRAWN LLP

20                                  By:    **/S/ Robert B. Pringle**

21                                         Robert B. Pringle

22                                         101 California Street
23                                         San Francisco, CA 94111
                                           Telephone:  (415) 591-1000
24                                         Facsimile:   (415) 591-1400
                                           rpringle@winston.com
25
                                           Attorneys for Defendant NEC Corporation
26

27

28

CROWELL
& MORING LLP                        -2-    STIPULATION AND [PROPOSED] ORDER RE
ATTORNEYS AT LAW                           HEARING DATE FOR MOTION TO DISMISS;
                                           CASE NO. 3:13-CV-05370-RS

| | |
|---|---|
| 1 | O'MELVENY & MYERS LLP |
| 2 | By: **/S/ Ian Simmons** |
| 3 | Ian Simmons |
| 4 | 1625 Eye Street NW |
| 5 | Washington, DC 20006<br>Telephone: (202) 383-5106 |
| 6 | Facsimile: (202) 383-5414<br>isimmons@omm.com |
| 7 | Attorneys for Defendants Samsung Electronics Co., |
| 8 | Ltd. and Samsung Electronics America, Inc. |
| 9 | BOIES SCHILLER & FLEXNER LLP |
| 10 | |
| 11 | By: **/S/ John F. Cove, Jr.** |
| 12 | John F. Cove, Jr. |
| 13 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 |
| 14 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 |
| 15 | jcove@bsfllp.com |
| 16 | Attorneys for Defendants Sony Corporation, Sony Electronics, Inc., Sony Optiarc Inc., and Sony Optiarc |
| 17 | America Inc. |
| 18 | KATTEN MUCHIN ROSENMAN LLP |
| 19 | By: **/S/ Mary Ellen Hennessy** |
| 20 | Mary Ellen Hennessy |
| 21 | |
| 22 | 525 W. Monroe Street<br>Chicago, IL 60661 |
| 23 | Telephone: (312) 902-5331<br>Facsimile: (312) 577-8977 |
| 24 | maryellen.hennessy@kattenlaw.com |
| 25 | Attorneys for Defendants TEAC Corporation and<br>TEAC America Inc. |
| 26 | |
| 27 | |
| 28 | |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-

STIPULATION AND [PROPOSED] ORDER RE
HEARING DATE FOR MOTION TO DISMISS;
CASE NO. 3:13-CV-05370-RS

| | |
|---|---|
| 1 | WINSTON & STRAWN LLP |
| 2 | By: **/S/ Jeffrey L. Kessler** |
| 3 | |
| 4 | Jeffrey L. Kessler |
| 5 | 200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 294-6700 |
| 6 | Facsimile: (212) 294-4700<br>jkessler@winston.com |
| 7 | |
| 8 | Attorneys for Defendants Panasonic Corporation and Panasonic Corporation of North America |

**FILER ATTESTATION**

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Daniel A. Sasse, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: August 28, 2014         CROWELL & MORING LLP

By: **/S/ Daniel A. Sasse**

Daniel A. Sasse

Attorneys for Plaintiff
Hewlett-Packard Company

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 8/28/14

_[signature]_

Honorable Richard Seeborg
United States District Judge