1  Christopher M. Neumeyer (CSB No. 151994)
   Asia Law Foreign Legal Affairs Law Firm
2  17F, Suite B, No. 167
   Dunhua North Road
3  Taipei 10549, Taiwan
   Telephone: +886-2-2717-1999
4  chrisneumeyer@asialaw.biz

5  Attorneys for Defendant
   Quanta Storage, Inc.
6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9                         SAN FRANCISCO DIVISION

10

| | |
|---|---|
| 11  IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
| 12 | |
| 13 | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT QUANTA STORAGE, INC.; [~~PROPOSED ORDER~~]** |
| 14  This Document Relates to : | |
| 15 | |
| 16  ALL ACTIONS | |
| 17 | |

18
   PLEASE TAKE NOTICE that Defendant QUANTA STORAGE, INC. has retained Manning &
19
   Kass, Ellrod, Ramirez, Treater, LLP to substitute as counsel for Asia Law Foreign Legal Affairs
20
   Law Firm in all of the cases in the above-captioned consolidated matters.
21

22
   Withdrawing counsel for Defendant QUANTA STORAGE, INC. is:
23
       Christopher M. Neumeyer (CSB No. 151994)
24     Asia Law Foreign Legal Affairs Law Firm
       17F, Suite B, No. 167
25     Dunhua North Road
       Taipei 10549, Taiwan
26     Telephone: +886-2-2717-1999
       chrisneumeyer@asialaw.biz
27
       Attorneys for Defendant
28     Quanta Storage, Inc.

All pleadings, orders, notices and other documents shall henceforth be served upon the following substituted counsel for Defendant QUANTA STORAGE, INC.:

>Anthony J. Ellrod, Esq.
>Manning & Kass, Ellrod, Ramirez, Treater, LLP
>801 South Figueroa Street, 15th Floor
>Los Angeles, CA 90017-5504
>Tel: (213) 624-6900
>Fax: (213) 624-6999
>Email: aje@manningllp.com

>Paul Hanna, Esq.
>Manning & Kass, Ellrod, Ramirez, Treater, LLP
>801 South Figueroa Street, 15th Floor
>Los Angeles, CA 90017-5504
>Tel: (213) 624-6900
>Fax: (213) 624-6999
>Email: pxh@manningllp.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

DATED: January 22, 2016        QUANTA STORAGE, INC.

                               By:_____/s/_____
                                   JAKE WANG, Head of Legal Dept.

DATED: January 22, 2016        ASIA LAW FOREIGN LEGAL AFFAIRS LAW FIRM

                               By:_____/s/_____
                                   CHRISTOPHER M. NEUMEYER

DATED: January 22, 2016        MANNING & KASS, ELLROD, RAMIREZ, TREATER, LLP

                               By:_____/s/_____
                                   PAUL HANNA

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

DATED: January 22, 2016          ASIA LAW FOREIGN LEGAL AFFAIRS LAW FIRM

By:_____/s/_____
CHRISTOPHER M. NEUMEYER

### [~~PROPOSED~~] ORDER

After considering this Notice of Withdrawal and Substitution of Counsel for Defendant Quanta Storage, Inc. in all of the cases in this multi-district action and good cause appearing, said withdrawal and substitution is hereby approved and SO ORDERED.

DATED: January 22, 2016          _____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE