1  Beatrice B. Nguyen (CSB No. 172961)
    bbnguyen@crowell.com
2  CROWELL & MORING LLP
    3 Embarcadero Center, 26th Floor
3  San Francisco, California 94111
    Telephone: 415.986.2800
4  Facsimile: 415.986.2827

5  Michael J. Songer (CSB No. 175560)
    msonger@crowell.com
6  Matthew J. McBurney (pro hac vice)
    mmcburney@crowell.com
7  CROWELL & MORING LLP
    1001 Pennsylvania Avenue, NW
8  Washington, D.C. 20004
    Telephone: 202.624.2500
9  Facsimile: 202.628.5116

10  *Attorneys for Plaintiff HP Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
|---|---|
| This document relates to:<br><br>Hewlett-Packard Company,<br><br>    Plaintiff,<br><br>    v.<br><br>Toshiba Corporation, et al.,<br><br>    Defendants. | Case No. 3:13-cv-05370-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING AMENDED COMPLAINT OF HP INC.**<br><br>Hon. Richard Seeborg |

Plaintiff HP Inc. ("HP") and Defendants Hitachi-LG Data Storage, Inc., Hitachi-LG Data Storage Korea, Inc., LG Electronics, Inc., LG Electronics USA, Inc., Quanta Storage, Inc., Quanta Storage America, Inc., Toshiba Corporation, Toshiba Samsung Storage Technology Corp., Toshiba Samsung Storage Technology Korea Corp., Toshiba America Information Systems Inc., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., NEC Corporation, Sony Corporation, Sony Optiarc America, Inc., Sony Optiarc, Inc., and Sony Electronics Inc. (collectively, "Defendants") by and through undersigned counsel, stipulate and agree to the below:

WHEREAS, HP filed Complaints against Defendants on October 24, 2013, in the Southern District of Texas, Houston Division (the "Complaints"), which actions were transferred to the Northern District of California, San Francisco Division, on November 15, 2013. *See* Case No. 3:13-CV-05370-RS (N.D. Cal), Dkt. Nos. 1, 8; *see also* Case No. 3:13-CV-05371-RS (N.D. Cal), Dkt. Nos. 1, 8.

WHEREAS, HP filed First Amended Complaints against Defendants on May 8, 2014 (the "First Amended Complaints"). *See* Case No. 3:13-CV-05370-RS (N.D. Cal), Dkt. No. 26; *see also* Case No. 3:13-CV-05371-RS (N.D. Cal), Dkt. No. 29.

WHEREAS, HP's actions were consolidated into a single action under Case Number 3:13-CV-05370-RS (the "Consolidated Action") on January 4, 2016. *See* Case No. 3:13-CV-05370-RS (N.D. Cal), Dkt. No. 76; *see also* Case No. 3:13-CV-05371-RS (N.D. Cal), Dkt. No. 64.

WHEREAS, HP has proposed to amend its First Amended Complaint in the Consolidated Action and provided Defendants with its proposed Second Amended Complaint, and Defendants consent to such amendment;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the undersigned counsel for HP and Defendants as follows:

1. HP is granted leave to amend pursuant to Fed. R. Civ. P. 15(a)(2). HP's Second Amended Complaint shall be filed within five (5) days after entry of this stipulation and order by the Court;

2.  HP's Second Amended Complaint shall relate back for all purposes to HP's Complaints filed on October 24, 2013;

3.  Defendants' answers shall be due 45 days from HP's filing of its Second Amended Complaint;

4.  Defendants need answer only paragraphs 1, 44-49, 56-64, 135, 140, 156-162, 209, and 219 of HP's Second Amended Complaint; and

5.  This Stipulation and [Proposed] Order does not constitute a waiver by Defendants of any defenses to HP's claims.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

STIPULATION AND [PROPOSED] ORDER RE HP'S
AMENDED COMPLAINT;
CASE NO. 3:13-CV-05370-RS-JCS

**IT IS SO STIPULATED.**

Dated:  January 19, 2017                              **CROWELL & MORING LLP**


                                                      By:  */s/ Beatrice B. Nguyen*

                                                      Beatrice B. Nguyen
                                                      Michael J. Songer
                                                      Matthew J. McBurney

                                                      *Attorneys for Plaintiff HP Inc.*


Dated:  January 19, 2017                              **ROPES & GRAY LLP**


                                                      By:  */s/ Jane E. Willis*

                                                      Jane E. Willis (*pro hac vice*)
                                                      Prudential Tower
                                                      800 Boylston Street
                                                      Boston, MA 02199
                                                      Telephone:  617-951-7000
                                                      jane.willis@ropesgray.com

                                                      Mark S. Popofsky (SBN 175476)
                                                      2099 Pennsylvania Avenue, NW
                                                      Washington, DC 20006
                                                      Telephone:  202-508-4600
                                                      mark.popofsky@ropesgray.com

                                                      Michelle L. Visser (SBN 277509)
                                                      Three Embarcadero Center
                                                      San Francisco, CA 94111
                                                      Telephone:  415-315-6300
                                                      michelle.visser@ropesgray.com

                                                      *Attorneys for Defendants Hitachi-LG Data
                                                      Storage, Inc. and Hitachi-LG Data Storage
                                                      Korea, Inc.*

| | | |
|---|---|---|
| Dated: January 19, 2017 | | **EIMER STAHL LLP** |
| | By: | */s/ Nathan P. Eimer* |
| | | Nathan P. Eimer<br>Vanessa G. Jacobsen<br>Arin C. Aragona<br>Ameri R. Klafeta<br>224 S. Michigan Avenue, Suite 1100<br>Chicago, IL 60604<br>Telephone: 312-660-7600<br>neimer@eimerstahl.com<br>vjacobsen@eimerstahl.com<br>aaragona@eimerstahl.com<br>aklafeta@eimerstahl.com |
| | | *Attorneys for Defendants*<br>*LG Electronics, Inc. and LG Electronics USA, Inc.* |
| Dated: January 19, 2017 | | **MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP** |
| | By: | */s/ Paul Hanna* |
| | | Paul Hanna<br>801 South Figueroa St.<br>15th Floor<br>Los Angeles CA 90017<br>Telephone: 213-624-6900<br>pxh@manningllp.com |
| | | *Attorneys for Defendants*<br>*Quanta Storage, Inc. and Quanta Storage America, Inc.* |

Dated: January 19, 2017　　　　　　　　**LATHAM & WATKINS LLP**

By: */s/ Belinda S. Lee*

Daniel M. Wall
Belinda S Lee
Brendan A. McShane
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415-391-0600
belinda.lee@lw.com
dan.wall@lw.com
brendan.mcshane@lw.com

*Attorneys for Defendants
Toshiba Corporation; Toshiba Samsung Storage Technology Corp.; Toshiba Samsung Storage Technology Korea Corp.; and Toshiba America Information Systems, Inc.*

Dated: January 19, 2017　　　　　　　　**O'MELVENY & MYERS LLP**

By: */s/ Ian Simmons*

Ian Simmons
1625 Eye Street, NW
Washington, DC 20006
Telephone: 202-383-5300
isimmons@omm.com

James M. Pearl
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Telephone: 310-553-6700
jpearl@omm.com

*Attorneys for Defendants
Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

| | | |
|---|---|---|
| Dated: January 19, 2017 | | **WINSTON & STRAWN LLP** |
| | By: | */s/ Robert B. Pringle* |
| | | Robert B. Pringle<br>Paul R. Griffin<br>Matthew R. DalSanto<br>Sean D. Meenan<br>101 California Street<br>San Francisco, CA 94111<br>Telephone: 415-591-1000<br><br>rpringle@winston.com<br>pgriffin@winston.com<br>mdalsanto@winston.com<br>smeenan@winston.com<br><br>*Attorneys for Defendant*<br>*NEC Corporation* |
| Dated: January 19, 2017 | | **BOIES, SCHILLER & FLEXNER LLP** |
| | By: | */s/ Steven C. Holtzman* |
| | | Steven C. Holtzman<br>Beko Reblitz-Richardson<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: 510-874-1000<br>brichardson@bsfllp.com<br>sholtzman@bsfllp.com<br><br>*Attorneys for Defendants*<br>*Sony Corporation; Sony Optiarc America, Inc.;*<br>*Sony Optiarc, Inc.; and Sony Electronics Inc.* |

**FILER ATTESTATION**

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: January 19, 2017

*/s/ Beatrice B. Nguyen*
Beatrice B. Nguyen

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __2/15__, 2017

Hon. Richard Seeborg
United States District Judge

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-7-

STIPULATION AND [PROPOSED] ORDER RE HP'S
AMENDED COMPLAINT;
CASE NO. 3:13-CV-05370-RS-JCS