1  Beatrice B. Nguyen (CSB No. 172961)
      bbnguyen@crowell.com
2  CROWELL & MORING LLP
   3 Embarcadero Center, 26th Floor
3  San Francisco, California 94111
   Telephone: (415) 986-2800
4  Facsimile:  (415) 986-2827

5  Attorneys for Plaintiff HP Inc.

6
7                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA
9                        SAN FRANCISCO DIVISION

| | |
|---|---|
| 10  IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
| 11 | |
| 12  This document relates to: | Case No. 3:13-cv-05370-RS |
| 13  Hewlett-Packard Company, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |
| 14              Plaintiff, | |
| 15       v. | Hon. Richard Seeborg |
| 16  Toshiba Corporation, et al., | |
| 17              Defendants. | |

18
19
20
21
22
23
24
25
26
27
28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NO. 3:13-CV-05370-RS-JCS

Plaintiff HP Inc. (formerly known as Hewlett-Packard Company) ("HP") and Defendants Sony Corporation, Sony Electronics Inc., Sony Optiarc Inc. (formerly known as Sony NEC Optiarc Inc.), and Sony Optiarc America Inc. (formerly known as Sony NEC Optiarc America Inc.) (collectively, "Sony"), by and through their respective attorneys, hereby stipulate to a dismissal of this action as to Sony with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees. This stipulation does not affect the rights or claims of HP against any other defendant or alleged co-conspirator in the above-captioned litigation.

**IT IS SO STIPULATED.**

Dated:  March 21, 2017        **CROWELL & MORING LLP**

By:  **/s/ Beatrice B. Nguyen**

Beatrice B. Nguyen

*Attorneys for Plaintiff HP Inc.*

Dated:  March 21, 2017        **BOIES, SCHILLER & FLEXNER LLP**

By:  **/s/ Steven C. Holtzman**

Boies, Schiller & Flexner LLP
1999 Harrison Street, Suite 900
Oakland, California 94612
sholtzman@bsfllp.com

*Attorneys for Defendants Sony Corporation, Sony Electronics Inc., Sony Optiarc Inc., and Sony Optiarc America Inc.*

## **FILER ATTESTATION**

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Beatrice B. Nguyen, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  March 21, 2017 **CROWELL & MORING LLP**

By: */s/* Beatrice B. Nguyen

Beatrice B. Nguyen

*Attorneys for Plaintiff HP Inc.*

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NO. 3:13-CV-05370-RS-JCS

# [PROPOSED] ORDER

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. All claims asserted by HP Inc. against Defendants Sony Corporation, Sony Optiarc Inc., Sony NEC Optiarc Inc., Sony Optiarc America Inc., and Sony Electronics Inc. in the underlying action are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

2. Each party shall bear its own costs and attorneys' fees.

Dated: 3/21/17

_____
Honorable Richard G. Seeborg
United States District Judge