Beatrice B. Nguyen (CSB No. 172961)
 bbnguyen@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, California 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Matthew J. McBurney (pro hoc vice)
 mmcburney@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116

*Attorneys for Plaintiff HP Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
| This document relates to:<br><br>*Hewlett-Packard Company v. Toshiba Corp., et al.*, No. 3:13-cv-05370-RS | Case No. 3:13-cv-05370-RS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Hon. Richard Seeborg |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NO. 13-CV-05370

Plaintiff HP Inc. ("HP"), formerly known as Hewlett-Packard Company, and Defendant NEC Corporation ("NEC"), by and through their respective attorneys, hereby stipulate to a dismissal of this action as to NEC with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees. This stipulation does not affect the rights or claims of HP against any other defendant or alleged co-conspirator in the above-captioned litigation.

Dated: October 31, 2017     **CROWELL & MORING LLP**

By: */s/ Beatrice B. Nguyen*

Beatrice B. Nguyen
Matthew J. McBurney

*Attorneys for Plaintiff HP Inc.*

Dated: October 31, 2017     **WINSTON & STRAWN LLP**

By: */s/ Robert B. Pringle*

Robert B. Pringle
Winston & Strawn LLP
101 California Street, Suite 3500
San Francisco, CA 94111
E-mail: rpringle@winston.com

*Attorneys for Defendant NEC Corporation*

**IT IS SO STIPULATED.**

## FILER ATTESTATION

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Beatrice B. Nguyen, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  October 31, 2017                          **CROWELL & MORING LLP**

                                                  By:  */s/ Beatrice B. Nguyen*

                                                       Beatrice B. Nguyen
                                                       *Attorneys for Plaintiff HP Inc.*

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-

STIPULATION OF DISMISSAL
AND [PROPOSED] ORDER
CASE NO. 13-CV-05370

1
## ~~[PROPOSED]~~ ORDER

2      PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4   Dated: 11/1/17

*[signature]*

5                Honorable Richard G. Seeborg
                 United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-4-

STIPULATION OF DISMISSAL
AND [PROPOSED] ORDER
CASE NO. 13-CV-05370