1  Beatrice B. Nguyen (CSB No. 172961)
    bbnguyen@crowell.com
2  CROWELL & MORING LLP
   3 Embarcadero Center, 26th Floor
3  San Francisco, California 94111
   Telephone: 415.986.2800
4  Facsimile: 415.986.2827

5  Matthew J. McBurney (pro hoc vice)
    mmcburney@crowell.com
6  CROWELL & MORING LLP
   1001 Pennsylvania Avenue, NW
7  Washington, D.C. 20004
   Telephone: 202.624.2500
8  Facsimile: 202.628.5116

9  *Attorneys for Plaintiff HP Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
|---|---|
| This document relates to: *Hewlett-Packard Company v. Toshiba Corp., et al.*, No. 3:13-cv-05370-RS | Case No. 3:13-cv-05370-RS **STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** Hon. Richard Seeborg |

1    Plaintiff HP Inc. ("HP"), formerly known as Hewlett-Packard Company, and Defendants
2  Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba Samsung Storage
3  Technology Corporation, Toshiba Samsung Storage Technology Korea Corporation, Samsung
4  Electronics Co., Ltd., and Samsung Electronics America, Inc. (collectively, "Defendants"), by
5  and through their respective attorneys, hereby stipulate to a dismissal of this action as to
6  Defendants with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil
7  Procedure.  Each party shall bear its own costs and attorneys' fees.  This stipulation does not
8  affect the rights or claims of HP against any other defendant or alleged co-conspirator in the
9  above-captioned litigation.
10   **IT IS SO STIPULATED.**

12  Dated:  October 31, 2017                **CROWELL & MORING LLP**

14                                          By:  */s/ Beatrice B. Nguyen*

15                                               Beatrice B. Nguyen
                                                 Matthew J. McBurney
16
17                                               *Attorneys for Plaintiff HP Inc.*

19  Dated:  October 31, 2017                **LATHAM & WATKINS LLP**

21                                          By:  */s/ Belinda S Lee*

22                                               Belinda S Lee
                                                 Latham & Watkins LLP
23                                               505 Montgomery Street, Suite 2000
                                                 San Francisco, California 94111
24                                               E-mail:  belinda.lee@lw.com

25                                               *Attorneys for Defendants Toshiba Corporation,*
                                                 *Toshiba America Information Systems, Inc.,*
26                                               *and Toshiba Samsung Storage* Technology
                                                 Corporation, Toshiba Samsung Storage
27                                               Technology Korea Corporation

| | |
|---|---|
| 1  Dated: October 31, 2017 | **O'MELVENY & MYERS LLP** |
| 2 | |
| 3 | By: /s/ *Ian T. Simmons* |
| 4 | Ian T. Simmons |
| 5 | O'Melveny & Myers LLP |
| | 1625 Eye Street, NW |
| 6 | Washington, DC 20006 |
| 7 | E-mail: isimmons@omm.com |
| 8 | *Attorneys for Defendants* |
| | *Samsung Electronics Co., Ltd. and Samsung* |
| 9 | *Electronics America, Inc.* |

(Lines 10–28 blank)

**FILER ATTESTATION**

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Beatrice B. Nguyen, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  October 31, 2017              **CROWELL & MORING LLP**

                                By:   */s/ Beatrice B. Nguyen*

                                      Beatrice B. Nguyen
                                      *Attorneys for Plaintiff HP Inc.*

-4-

STIPULATION OF DISMISSAL
AND [PROPOSED] ORDER
CASE NO. 13-CV-05370

CROWELL
& MORING LLP
ATTORNEYS AT LAW

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/1/17

_____
Honorable Richard G. Seeborg
United States District Judge

-5-

STIPULATION OF DISMISSAL
AND [PROPOSED] ORDER
CASE NO. 13-CV-05370

CROWELL
& MORING LLP
ATTORNEYS AT LAW