# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| Hewlett-Packard, | § | |
| | § | |
| V. | § | CIVIL  ACTION H-18-762 |
| | § | |
| Quanta Storage, et al, | § | |

## JURY NOTE # 1

CAN YOU TELL US HOW TO FIND THE ACTUAL SALES PRICE AND "BUT-FOR" PRICE IN 2003 — WAS IN A CHART (I THINK IT HAD PAGE 44 ON THE SLIDE) SHOWN BY DR. ARON IN A SLIDE.

The slide itself was a demonstrative and was not admitted into evidence. Please review the evidence that you have in the jury room, including your recollection of the testimony.

David Hittner  10/22/19