## COURTROOM MINUTES

JUDGE  Hittner                                              PRESIDING

COURTROOM CLERK        E. Alexander

COURT REPORTER    Laura Wells

LAW CLERK         Pat Fackrell

MORNING                AFTERNOON
SESSION _____    SESSION 1:30 - 1:40    DATE: 10/22/19

### DOCKET ENTRY

(DH ) 4:18-762                    (Rptr- Wells        )
(PROCEEDINGS: 6th day Jury Trial)

Hewlett-Packard Co.,              V.   Toshiba Corporation, et al,

Appearances: For Plaintiff: A. Dawson, A. Roberts, G. Brawley

For Defendants: David Carman

Sixth day of jury trial held. Jury deliberations held and concluded. Jury Verdict in favor of Plaintiff in the amount of $176,000,000.00. Final Judgment to be entered.

Witnesses: