United States District Court
Southern District of Texas
**ENTERED**
October 24, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Hewlett-Packard Company, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No.: H-18-762 |
| § | |
| Roshiba Corporation, et al, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

As the jury has returned its verdict in favor of the Plaintiff, the Court hereby ORDERS that final judgment be entered in favor of the Plaintiff in the amount of $176,000,000.00. This is a FINAL JUDGMENT.

Signed at Houston, TX on the __23__ day of October, 2019.

_____
DAVID HITTNER
United States District Judge