Case 4:18-cv-00762   Document 334   Filed on 01/02/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 03, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HEWLETT-PACKARD COMPANY, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. H-18-762 |
| QUANTA STORAGE INC. *and* QUANTA STORAGE AMERICA INC., | § § § § § | |
| Defendants. | § § | |

## AMENDED FINAL JUDGMENT

In accordance with the jury's unanimous verdict in favor of Plaintiff HP Inc. (formerly known as Hewlett-Packard Company) ("HP Inc.") and the Court's Order granting HP Inc.'s motion to modify the judgment, the Court hereby

**ORDERS** that judgment be entered in favor of HP Inc. in the amount of $438,650,000.00. This judgment shall include post-judgment interest in the maximum amount allowed by law until paid.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas, on this __2__ day of January, 2020.

DAVID HITTNER
United States District Judge