IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Hewlett-Packard Company, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civ. A. No. 4:18-00762 |
| Quanta Storage, Inc. and Quanta Storage America, Inc. | § § § § | |
| *Defendants*. | § § | |

**ORDER TO SHOW CAUSE**
**WHY SANCTIONS SHOULD NOT BE ENTERED FOR**
**QUANTA'S NON-COMPLIANCE WITH COURT'S TURNOVER ORDER**

After considering Plaintiff Hewlett-Packard Company's Motion for Show Cause Hearing Regarding Quanta's Non-Compliance with Court's Turnover Order, Defendant Quanta Storage, Inc.'s ("Quanta") Response, if any, any reply, any argument of counsel, and the record evidence, the Court is of the opinion that the Motion should be GRANTED. It is THEREFORE ORDERED that:

1. A show cause hearing is set for the _____ day of April, 2020, at \_\_\_.m. during which Defendant Quanta, and its President, Chief Executive Officer or Chief Financial Officer, will be required to show cause why they should not be held in contempt of this Court's April 1, 2020 Order;

2. Quanta's President, Chief Executive Officer or Chief Financial Officer shall appear (either in person or by live videoconference) at this hearing and explain how Quanta intends to comply with the Court's Turnover Order;

3. Should Quanta or its President, Chief Executive Offer or Chief Financial Officer fail to appear, sanctions, including monetary sanctions, against Quanta and/or its President, Chief Operating Officer and/or Board of Directors may issue;

4. If the Court is unsatisfied with the steps Quanta is taking and/or is prepared to take to comply with the Court's April 1, 2020 Order, sanctions, including monetary sanctions, against Quanta and/or its President, Chief Operating Officer and/or Board of Directors may issue.

It is so ORDERED.

SIGNED this _____ day of _____, 2020.

_____
HON. DAVID HITTNER
United States District Judge