United States District Court
Southern District of Texas
**ENTERED**
April 29, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HEWLETT-PACKARD COMPANY, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. H-18-762 |
| QUANTA STORAGE INC. *and* QUANTA STORAGE AMERICA INC., | § § § § § | |
| Defendants. | § § | |

## ORDER

Pending before the Court are Quanta Storage, Inc.'s Emergency Motion to Stay, Pending Appellate Review, this Court's Orders Requiring Quanta to Turn Over Assets by May 1, 2020 (Document No. 433) and Quanta Storage, Inc.'s Supplement to Emergency Motion to Stay, Pending Appellate Review, this Court's Orders Requiring Quanta to Turn Over Assets by May 1, 2020 (Document No. 435). Having considered the motions, submissions, and applicable law, the Court determines the motions should be denied for the reasons stated in Plaintiff's response.[1] Accordingly, the Court hereby

---

[1] *See Plaintiff's Response to Quanta's Emergency Motion to Stay Pending Appellate Review this Court's Orders Requiring Quanta to Turn Over Assets by May 1, 2020*, Document No. 436.

**ORDERS** that Quanta Storage, Inc.'s Emergency Motion to Stay, Pending Appellate Review, this Court's Orders Requiring Quanta to Turn Over Assets by May 1, 2020 (Document No. 433) is **DENIED**. The Court further

**ORDERS** that Quanta Storage, Inc.'s Supplement to Emergency Motion to Stay, Pending Appellate Review, this Court's Orders Requiring Quanta to Turn Over Assets by May 1, 2020 (Document No. 435) is **DENIED**.

SIGNED at Houston, Texas, on this 29 day of April, 2020.

DAVID HITTNER
United States District Judge

2