# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Hewlett-Packard Company, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civ. A. No. 4:18-00762 |
| Quanta Storage, Inc. and Quanta Storage America, Inc. | § § § § | |
| *Defendants*. | § § | |

## JOINT NOTICE OF SATISFACTION OF JUDGMENT

HP Inc. (formerly Hewlett-Packard Company) ("HP") and Defendant Quanta Storage, Inc. ("Quanta") file this Joint Notice of Satisfaction of Judgment.

This Court awarded HP a judgment of $438,650,000.00, plus costs and interest, against Quanta on January 2, 2020 (the "Judgment") (Dkt. No. 334). The Judgment was affirmed by the Fifth Circuit in Appeal No. 19-20799. After this appeal, the parties entered into a confidential settlement agreement. HP filed a Notice of Settlement on June 18, 2020. HP hereby acknowledges that the Judgment, including all costs and interest, has been fully satisfied under the terms of that settlement.

August 24, 2020

Respectfully submitted,

**BECK │ REDDEN LLP**

By: /s/ *Alistair B. Dawson*
    Alistair B. Dawson
    Federal I.D. No. 12864
    State Bar No. 05596100
1221 McKinney, Suite 4500
Houston, Texas 77010-2010
(713) 951-3700 (Phone)
(713) 951-3720 (Fax)
adawson@beckredden.com

**ATTORNEY-IN-CHARGE FOR PLAINTIFF HEWLETT-PACKARD COMPANY**

**OF COUNSEL:**
**BECK │ REDDEN LLP**
Alex Roberts
State Bar No. 24056216
Fed. I.D. No. 865757
Garrett S. Brawley
State Bar No. 24095812
Fed. I.D. No. 3311277
1221 McKinney, Suite 4500
Houston, Texas 77010
Telephone: (713) 951-3700
Telecopier: (713) 951-3720
E-mail: aroberts@beckredden.com
E-mail: gbrawley@beckredden.com

2

**VINSON & ELKINS L.L.P.**

By: */s/ Marie R. Yeates*
Harry Reasoner
Southern Dist. No. 538
Marie R. Yeates
Southern Dist. No. 568
Michael A. Heidler
Southern Dist. No. 1013896
1001 Fannin Street, Suite 2500
Houston, Texas 77002
Telephone: (713) 758-3256
Email: myeates@velaw.com

Bryan U. Gividen
Southern Dist. No. 2839561
2001 Ross Ave, Suite 3900
Dallas, Texas 75201

***ATTORNEYS FOR DEFENDANT QUANTA STORAGE. INC.***

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies on August 24, 2020, that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                                             */s/ Garrett S. Brawley*
                                             Garrett S. Brawley